UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/14
```

JABARU RAY,

                         Plaintiff,

-against-

DEBT FREE NATION, INC.,

                         Defendant.

11 Civ. 7316 (AT)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On October 17, 2011, Plaintiff, Jabaru Ray, filed a complaint against Defendant, Debt Free Nation, Inc., for violations of the Fair Labor Standards Act and New York Labor Law for failure to pay overtime compensation. Defendant failed to answer or otherwise respond to the complaint, and on May 30, 2013, Plaintiff filed a motion for default judgment. On August 27, 2013, this Court granted a judgment of default and referred the matter to Magistrate Judge Kevin Nathaniel Fox for an inquest on damages.

    After careful consideration, Magistrate Judge Fox issued a Report and Recommendation ("R & R"), proposing that Plaintiff's application for damages and attorney's fees be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, No. 11 Civ 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court's review finds no clear error, and accordingly, the Court ADOPTS Magistrate Judge Fox's R & R in its entirety. Plaintiff's application for damages and attorneys' fees is DENIED.

    The Clerk of Court is directed to terminate the motion (ECF No. 13) and close the case.

    SO ORDERED.

Dated: March 11, 2014
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge